## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM J. BOWKER, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC;<br>MIDLAND CREDIT MANAGEMENT, INC.;<br>and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:18-cv-11320-SDW-LDW<br><br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendants have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

                                                                KIM LAW FIRM LLC
                                                                Attorneys for Plaintiff

                                                                *s/Yongmoon Kim*
DATED: September 1, 2021             Yongmoon Kim


                                                                 SO ORDERED:

DATED: September 2, 2021           Susan D. Wigenton, U.S.D.J.